UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

STANLEY G. JOHNSON,            )
                               )
         Plaintiff,            )
                               )
vs.                            )         04-3438-CV-W-HFS
                               )
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social Security, )
                               )
         Defendant.            )


X   Decision by Court.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of plaintiff and against defendant.


February 16, 2006                        PATRICIA L. BRUNE
                                         CLERK OF COURT


                                         /s/ Julie Moritz
                                         by Julie Moritz